Nos. 375 and 376. HOWELL ET AL. *v.* CHICAGO, WILMINGTON & FRANKLIN COAL CO., INC., ET AL. October 19, 1942. Petition for writs of certiorari to the Circuit

670

Court of Appeals for the Seventh Circuit denied. *Messrs. W. F. Weeks, Chas. F. Potter,* and *Frank Bezoni* for petitioners. *Messrs. Fred H. Kelly* and *Thurlow G. Essington* for respondents.